| | | | | | | Pay Group: | Tabor Acute Care | Advice #: | 3993031 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Pay Begin Date: | 9/15/2019 | Advice Date: | 10/3/2019 |
| | | | | | | Pay End Date: | 9/28/2019 | | |

| Morris, Danielle N. | Employee ID: 9457 | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|
| 934 Chandler St | Department: 30904 | Federal: | Single | 00010 |
| Philadelphia, PA 19111-2609 | Process Level: 1015 | State: | Single | 00002 |
| | | Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | | | 0.00 | 15.10 | 630.45 |
| Regular Night | | | 0.00 | 46.56 | 1,935.20 |
| Weekend Evening | 53.0000 | 15.25 | 808.25 | 357.65 | 18,909.51 |
| Weekend Night | 53.0000 | 35.29 | 1,870.37 | 829.15 | 43,833.10 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | | | 0.00 | 6.75 | 450.29 |
| OVT Wknd Evng | | | 0.00 | 1.85 | 147.08 |
| OVT Wknd Ngt | | | 0.00 | 26.35 | 2,089.54 |
| Absent-No Pay | | | 0.00 | 24.00 | 0.00 |
| NursEduc | | | 0.00 | 24.18 | 914.29 |
| CHRGSHFT | 1.0000 | 12.00 | 12.00 | 372.00 | 372.00 |
| **Total:** | | **62.54** | **2,690.62** | **1,728.66** | **69,695.12** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 76.87 | 4,270.73 |
| Soc Sec Tax Withheld | 158.62 | 4,162.24 |
| Medicare Tax Withhld | 37.10 | 973.43 |
| Pennsylvania Tax | 78.81 | 2,066.21 |
| PA Unemployment | 1.62 | 41.82 |
| Philadelphia Tax | 104.16 | 2,702.38 |
| **Total:** | **457.18** | **14,216.81** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 1,930.69 |
| VBA | 7.18 | 143.60 |
| Delta Dental | 16.25 | 317.85 |
| Fidelity Pre Tax % | 94.17 | 1,952.88 |
| Parking - Pretax | 8.50 | 170.00 |
| **Total:** | **226.32** | **4,515.02** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 26.91 | 609.15 |
| STDPREM6 | 20.63 | 410.26 |
| AddPrem | 40.00 | 280.00 |
| WEyeWrk | 0.00 | 317.00 |
| **Total:** | **87.54** | **2,146.41** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **87.54** | **2,146.41** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,690.62 | 2,464.30 | 457.18 | 313.86 | 1,919.58 |
| YTD: | 69,695.12 | 65,180.10 | 14,216.81 | 6,661.43 | 48,816.88 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3993031 | 1,919.58 |

| Available | 0.00 | Available | 0.00 | Total: | 1,919.58 |
|---|---|---|---|---|---|

---

Advice Date  Advice No.
10/03/2019   3993031

# NON-NEGOTIABLE

**DIRECT DEPOSIT DISTRIBUTION**

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| S | xx7654 | $1,919.58 |
| | | |
| Total: | | $1,919.58 |

To The Account(s) Of

DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609

| | | | | | | Pay Group: | Tabor Acute Care | | Advice #: | 3984436 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Pay Begin Date: | 9/1/2019 | | Advice Date: | 9/19/2019 |
| | | | | | | Pay End Date: | 9/14/2019 | | | |

Morris, Danielle N.
934 Chandler St
Philadelphia, PA 19111-2609

Employee ID: 9457
Department: 30904
Process Level: 1015

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00010 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | | | 0.00 | 15.10 | 630.45 |
| Regular Night | | | 0.00 | 46.56 | 1,935.20 |
| Weekend Evening | 53.0000 | 19.35 | 1,025.55 | 342.40 | 18,101.26 |
| Weekend Night | 53.0000 | 43.05 | 2,281.65 | 793.86 | 41,962.73 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | | | 0.00 | 6.75 | 450.29 |
| OVT Wknd Evng | | | 0.00 | 1.85 | 147.08 |
| OVT Wknd Ngt | | | 0.00 | 26.35 | 2,089.54 |
| Absent-No Pay | | | 0.00 | 24.00 | 0.00 |
| NursEduc | | | 0.00 | 24.18 | 914.29 |
| CHRGSHFT | 1.0000 | 24.00 | 24.00 | 360.00 | 360.00 |
| Total: | | 86.40 | 3,331.20 | 1,666.12 | 67,004.50 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 151.05 | 4,193.86 |
| Soc Sec Tax Withheld | 198.34 | 4,003.62 |
| Medicare Tax Withhld | 46.39 | 936.33 |
| Pennsylvania Tax | 98.47 | 1,987.40 |
| PA Unemployment | 2.00 | 40.20 |
| Philadelphia Tax | 128.96 | 2,598.22 |
| Total: | 625.21 | 13,759.63 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 1,830.47 |
| VBA | 7.18 | 136.42 |
| Delta Dental | 16.25 | 301.60 |
| Fidelity Pre Tax % | 116.59 | 1,858.71 |
| Parking - Pretax | 8.50 | 161.50 |
| Total: | 248.74 | 4,288.70 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 31.62 | 582.24 |
| STDPREM6 | 20.63 | 389.63 |
| AddPrem | 40.00 | 240.00 |
| WEyeWrk | 0.00 | 317.00 |
| Total: | 92.25 | 2,058.87 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 92.25 | 2,058.87 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,331.20 | 3,082.46 | 625.21 | 340.99 | 2,365.00 |
| YTD: | 67,004.50 | 62,715.80 | 13,759.63 | 6,347.57 | 46,897.30 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3984436 | 2,365.00 |
| Available 0.00 | Available 0.00 | Total: 2,365.00 |

---

Advice Date  Advice No.
09/19/2019   3984436

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| S | xx7654 | $2,365.00 |
| | | |
| Total: | | $2,365.00 |

To The Account(s) Of
DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609

| | | | | Pay Group: | Tabor Acute Care | Advice #: | 3975919 |
|---|---|---|---|---|---|---|---|
| | | | | Pay Begin Date: | 8/18/2019 | Advice Date: | 9/5/2019 |
| | | | | Pay End Date: | 8/31/2019 | | |

| Morris, Danielle N. | Employee ID: 9457 | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|
| 934 Chandler St | Department: 30904 | Federal: | Single | 00010 |
| Philadelphia, PA 19111-2609 | Process Level: 1015 | State: | Single | 00002 |
| | | Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | 42.0000 | 3.85 | 161.70 | 15.10 | 630.45 |
| Regular Night | 41.0000 | 9.13 | 374.33 | 46.56 | 1,935.20 |
| Regular Night | 42.0000 | 8.48 | 356.16 | 0.00 | 0.00 |
| Weekend Evening | 53.0000 | 21.15 | 1,120.95 | 323.05 | 17,075.71 |
| Weekend Night | 53.0000 | 37.39 | 1,981.67 | 750.81 | 39,681.08 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | | | 0.00 | 6.75 | 450.29 |
| OVT Wknd Evng | 79.5000 | 1.85 | 147.08 | 1.85 | 147.08 |
| OVT Wknd Ngt | 79.5000 | 17.44 | 1,386.48 | 26.35 | 2,089.54 |
| Absent-No Pay | | | 0.00 | 24.00 | 0.00 |
| NursEduc | | | 0.00 | 24.18 | 914.29 |
| CHRGSHFT | 1.0000 | 12.00 | 12.00 | 336.00 | 336.00 |
| **Total:** | | **111.29** | **5,540.37** | **1,579.72** | **63,673.30** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 604.61 | 4,042.81 |
| Soc Sec Tax Withheld | 335.31 | 3,605.28 |
| Medicare Tax Withhld | 78.42 | 889.94 |
| Pennsylvania Tax | 166.29 | 1,888.93 |
| PA Unemployment | 3.32 | 38.20 |
| Philadelphia Tax | 214.48 | 2,469.26 |
| **Total:** | **1,402.43** | **13,134.42** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 1,730.25 |
| VBA | 7.18 | 129.24 |
| Delta Dental | 16.25 | 285.35 |
| Fidelity Pre Tax % | 193.91 | 1,742.12 |
| Parking - Pretax | 8.50 | 153.00 |
| **Total:** | **326.06** | **4,039.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 31.62 | 550.62 |
| STDPREM6 | 20.63 | 369.00 |
| AddPrem | 40.00 | 200.00 |
| WEyeWrk | 0.00 | 317.00 |
| **Total:** | **92.25** | **1,966.62** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **92.25** | **1,966.62** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 5,540.37 | 5,214.31 | 1,402.43 | 418.31 | 3,719.63 |
| YTD: | 63,673.30 | 59,633.34 | 13,134.42 | 6,006.58 | 44,532.30 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3975919 | 3,719.63 |
| Available 0.00 | Available 0.00 |
| **Total:** | **3,719.63** |

---

Advice Date    Advice No.
09/05/2019    3975919

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| S | xx7654 | $3,719.63 |
| | | |
| Total: | | $3,719.63 |

To The Account(s) Of   DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609

| | | | | |
|---|---|---|---|---|
| Pay Group: | Tabor Acute Care | | Advice #: | 3967390 |
| Pay Begin Date: | 8/4/2019 | | Advice Date: | 8/22/2019 |
| Pay End Date: | 8/17/2019 | | | |

| | | |
|---|---|---|
| Morris, Danielle N. | Employee ID: 9457 | |
| 934 Chandler St | Department: 30904 | |
| Philadelphia, PA 19111-2609 | Process Level: 1015 | |

| TAX DATA | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00010 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | | | 0.00 | 11.25 | 468.75 |
| Regular Night | | | 0.00 | 28.95 | 1,204.71 |
| Weekend Evening | 53.0000 | 19.40 | 1,028.20 | 301.90 | 15,954.76 |
| Weekend Night | 53.0000 | 45.09 | 2,389.77 | 713.42 | 37,699.41 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | | | 0.00 | 6.75 | 450.29 |
| OVT Wknd Ngt | 79.5000 | 1.86 | 147.87 | 8.91 | 703.06 |
| Absent-No Pay | | | 0.00 | 24.00 | 0.00 |
| CHRGSHFT | 1.0000 | 24.00 | 24.00 | 324.00 | 324.00 |
| NursEduc | 38.0000 | 1.08 | 41.04 | 24.18 | 914.29 |
| Total: | | 91.43 | 3,630.88 | 1,468.43 | 58,132.93 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 194.94 | 3,438.20 |
| Soc Sec Tax Withheld | 216.92 | 3,469.97 |
| Medicare Tax Withhld | 50.73 | 811.52 |
| Pennsylvania Tax | 107.67 | 1,722.64 |
| PA Unemployment | 2.18 | 34.88 |
| Philadelphia Tax | 140.56 | 2,254.78 |
| Total: | 713.00 | 11,731.99 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 1,630.03 |
| VBA | 7.18 | 122.06 |
| Delta Dental | 16.25 | 269.10 |
| Fidelity Pre Tax % | 127.08 | 1,548.21 |
| Parking - Pretax | 8.50 | 144.50 |
| Total: | 259.23 | 3,713.90 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 31.62 | 519.00 |
| STDPREM6 | 20.63 | 348.37 |
| AddPrem | 40.00 | 160.00 |
| WEyeWrk | 0.00 | 317.00 |
| Total: | 92.25 | 1,874.37 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 92.25 | 1,874.37 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,630.88 | 3,371.65 | 713.00 | 351.48 | 2,566.40 |
| YTD: | 58,132.93 | 54,419.03 | 11,731.99 | 5,588.27 | 40,812.67 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3967390 | 2,566.40 |
| Total: | 2,566.40 |

Available    0.00    Available    0.00

---

Advice Date  Advice No.
08/22/2019   3967390

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| S | xx7654 | $2,566.40 |
| Total: | | $2,566.40 |

To The Account(s) Of    DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609


**Einstein** HEALTHCARE NETWORK

| Pay Group: | Tabor Acute Care | Advice #: | 3958932 |
|---|---|---|---|
| Pay Begin Date: | 7/21/2019 | Advice Date: | 8/8/2019 |
| Pay End Date: | 8/3/2019 | | |

Morris, Danielle N.
934 Chandler St
Philadelphia, PA 19111-2609

| Employee ID: | 9457 |
|---|---|
| Department: | 30904 |
| Process Level: | 1015 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00010 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | | | 0.00 | 11.25 | 468.75 |
| Regular Night | 41.0000 | 2.05 | 84.05 | 28.95 | 1,204.71 |
| Weekend Evening | 53.0000 | 15.28 | 809.84 | 282.50 | 14,926.56 |
| Weekend Night | 53.0000 | 35.19 | 1,865.07 | 668.33 | 35,309.64 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | 66.7100 | 6.75 | 450.29 | 6.75 | 450.29 |
| OVT Wknd Ngt | | | 0.00 | 7.05 | 555.19 |
| Absent-No Pay | | 12.00 | 0.00 | 24.00 | 0.00 |
| CHRGSHFT | 1.0000 | 12.00 | 12.00 | 300.00 | 300.00 |
| NursEduc | | | 0.00 | 23.10 | 873.25 |
| **Total:** | | **83.27** | **3,221.25** | **1,377.00** | **54,502.05** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 138.32 | 3,243.26 |
| Soc Sec Tax Withheld | 191.53 | 3,253.05 |
| Medicare Tax Withhld | 44.79 | 760.79 |
| Pennsylvania Tax | 95.10 | 1,614.97 |
| PA Unemployment | 1.93 | 32.70 |
| Philadelphia Tax | 124.70 | 2,114.22 |
| **Total:** | **596.37** | **11,018.99** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 1,529.81 |
| VBA | 7.18 | 114.88 |
| Delta Dental | 16.25 | 252.85 |
| Fidelity Pre Tax % | 112.74 | 1,421.13 |
| Parking - Pretax | 8.50 | 136.00 |
| **Total:** | **244.89** | **3,454.67** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 31.62 | 487.38 |
| STDPREM6 | 20.63 | 327.74 |
| AddPrem | 40.00 | 120.00 |
| WEyeWrk | 0.00 | 317.00 |
| **Total:** | **92.25** | **1,782.12** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | **92.25** | **1,782.12** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,221.25 | 2,976.36 | 596.37 | 337.14 | 2,287.74 |
| YTD: | 54,502.05 | 51,047.38 | 11,018.99 | 5,236.79 | 38,246.27 |

**NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| Advice #3958932 | | 2,287.74 |

| Available | 0.00 | Available | 0.00 | Total: | 2,287.74 |
|---|---|---|---|---|---|

---


**Einstein** HEALTHCARE NETWORK

Advice Date  Advice No.
08/08/2019    3958932

# NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| S | xx7654 | $2,287.74 |
| | | |
| Total: | | $2,287.74 |

To The Account(s) Of
DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609

|  |  |  |  |  | Pay Group: | Tabor Acute Care | Advice #: | 3950325 |
|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  | Pay Begin Date: | 7/7/2019 | Advice Date: | 7/25/2019 |
|  |  |  |  |  | Pay End Date: | 7/20/2019 |  |  |

| Morris, Danielle N.<br>934 Chandler St<br>Philadelphia, PA 19111-2609 | Employee ID: 9457<br>Department: 30904<br>Process Level: 1015 | TAX DATA: | Marital Status | Exemptions |
|--|--|--|--|--|
|  |  | Federal: | Single | 00010 |
|  |  | State: | Single | 00002 |
|  |  | Addl. Amt.: |  | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|--|--|--|--|--|--|
| Regular Evening |  |  | 0.00 | 11.25 | 468.75 |
| Regular Night |  |  | 0.00 | 26.90 | 1,120.66 |
| Weekend Evening | 53.0000 | 15.25 | 808.25 | 267.22 | 14,116.72 |
| Weekend Night | 53.0000 | 34.27 | 1,816.31 | 633.14 | 33,444.57 |
| Holiday Prem Evng |  |  | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt |  |  | 0.00 | 17.57 | 281.12 |
| Retro Payment |  |  | 0.00 | 0.00 | 12.54 |
| OVT Wknd Ngt |  |  | 0.00 | 7.05 | 555.19 |
| Absent-No Pay |  |  | 0.00 | 12.00 | 0.00 |
| CHRGSHFT | 1.0000 | 12.00 | 12.00 | 288.00 | 288.00 |
| NursEduc |  |  | 0.00 | 23.10 | 873.25 |
| **Total:** |  | **61.52** | **2,636.56** | **1,293.73** | **51,280.80** |

### TAXES

| Description | Current | YTD |
|--|--|--|
| Federal Tax Withheld | 70.61 | 3,104.94 |
| Soc Sec Tax Withheld | 155.27 | 3,061.52 |
| Medicare Tax Withhld | 36.31 | 716.00 |
| Pennsylvania Tax | 77.15 | 1,519.87 |
| PA Unemployment | 1.58 | 30.77 |
| Philadelphia Tax | 102.07 | 1,989.52 |
| **Total:** | **442.99** | **10,422.62** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|--|--|--|
| PCBasic Option | 100.22 | 1,429.59 |
| VBA | 7.18 | 107.70 |
| Delta Dental | 16.25 | 236.60 |
| Fidelity Pre Tax % | 92.28 | 1,308.39 |
| Parking - Pretax | 8.50 | 127.50 |
| **Total:** | **224.43** | **3,209.78** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|--|--|--|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 26.37 | 455.76 |
| WEyeWrk | 105.66 | 317.00 |
| STDPREM6 | 20.63 | 307.11 |
| AddPrem | 40.00 | 80.00 |
| **Total:** | **192.66** | **1,689.87** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|--|--|--|
|  |  |  |
| **Total:** | **192.66** | **1,689.87** |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|--|--|--|--|--|--|
| Current: | 2,636.56 | 2,412.13 | 442.99 | 417.09 | 1,776.48 |
| YTD: | 51,280.80 | 48,071.02 | 10,422.62 | 4,899.65 | 35,958.53 |

### NET PAY DISTRIBUTION

|  |  |  |  | Advice #3950325 | 1,776.48 |
|--|--|--|--|--|--|
| Available | 0.00 | Available | 0.00 | **Total:** | **1,776.48** |

Advice Date   Advice No.
07/25/2019    3950325

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|--|--|--|
| S | xx7654 | $1,776.48 |
| **Total:** |  | **$1,776.48** |

To The
Account(s) Of

DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609

| | | | | | | Pay Group: | Tabor Acute Care | Advice #: | 3941700 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Pay Begin Date: | 6/23/2019 | Advice Date: | 7/11/2019 |
| | | | | | | Pay End Date: | 7/6/2019 | | |

| Morris, Danielle N. | Employee ID: 9457 | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|
| 934 Chandler St | Department: 30904 | Federal: | Single | 00010 |
| Philadelphia, PA 19111-2609 | Process Level: 1015 | State: | Single | 00002 |
| | | Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | 42.0000 | 3.75 | 157.50 | 11.25 | 468.75 |
| Regular Night | 42.0000 | 8.62 | 362.04 | 26.90 | 1,120.66 |
| Weekend Evening | 53.0000 | 19.27 | 1,021.31 | 251.97 | 13,308.47 |
| Weekend Night | 53.0000 | 44.58 | 2,362.74 | 598.87 | 31,628.26 |
| Holiday Prem Evng | 16.0000 | 3.75 | 60.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | 16.0000 | 8.62 | 137.92 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| OVT Wknd Ngt | | | 0.00 | 7.05 | 555.19 |
| Absent-No Pay | | | 0.00 | 12.00 | 0.00 |
| NursEduc | | | 0.00 | 23.10 | 873.25 |
| CHRGSHFT | 1.0000 | 12.00 | 12.00 | 276.00 | 276.00 |
| **Total:** | | **100.59** | **4,113.51** | **1,232.21** | **48,644.24** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 306.45 | 3,034.33 |
| Soc Sec Tax Withheld | 246.84 | 2,906.25 |
| Medicare Tax Withhld | 57.73 | 679.69 |
| Pennsylvania Tax | 122.49 | 1,442.72 |
| PA Unemployment | 2.47 | 29.19 |
| Philadelphia Tax | 159.24 | 1,887.45 |
| **Total:** | **895.22** | **9,979.63** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 1,329.37 |
| VBA | 7.18 | 100.52 |
| Delta Dental | 16.25 | 220.35 |
| Fidelity Pre Tax % | 102.84 | 1,216.11 |
| Parking - Pretax | 8.50 | 119.00 |
| **Total:** | **234.99** | **2,985.35** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 31.62 | 429.39 |
| WEyeWrk | 105.67 | 211.34 |
| STDPREM6 | 20.63 | 286.48 |
| AddPrem | 40.00 | 40.00 |
| **Total:** | **197.92** | **1,497.21** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **197.92** | **1,497.21** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4,113.51 | 3,878.52 | 895.22 | 432.91 | 2,785.38 |
| YTD: | 48,644.24 | 45,658.89 | 9,979.63 | 4,482.56 | 34,182.05 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3941700 | 2,785.38 |
| Available 0.00 | Available 0.00 | Total: 2,785.38 |

---

Advice Date  Advice No.
07/11/2019   3941700

# NON-NEGOTIABLE

**DIRECT DEPOSIT DISTRIBUTION**

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| S | xx7654 | $2,785.38 |
| **Total:** | | **$2,785.38** |

To The Account(s) Of
DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609