# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Danielle Morris,                    : CHAPTER 13

                                                              : CASE NO.: 19-16471

        Debtor(s)                    :

## CERTIFICATION OF SERVICE

      Michelle Lee, being duly sworn according to law, deposes and says that I delivered the above-named Petitioner's Payment Plan to the following parties by electronic service and/or first-class mail service:

Scott Waterman,
Chapter 13 Trustee
2901 St. Lawrence St., Suite 100
Reading, PA    19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Danielle Morris
934 Chandler Street
Philadelphia, PA 19111

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                                  Respectfully Submitted,

Date:  11/20/2019                    /s/ Michelle Lee
                                                  Michelle Lee, Esq.
                                                  Law Offices of Georgette Miller, Esq., P.C.
                                                  119 S. Easton Rd.
                                                  Glenside, PA 19038

{00362583;v1}