**Einstein** HEALTHCARE NETWORK

| | |
|---|---|
| Pay Group: | Tabor Acute Care |
| Pay Begin Date: | 10/27/2019 |
| Pay End Date: | 11/9/2019 |
| Advice #: | 4018786 |
| Advice Date: | 11/14/2019 |

Morris, Danielle N.
934 Chandler St
Philadelphia, PA 19111-2609

Employee ID: 9457
Department: 30904
Process Level: 1015

| TAX DATA | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00010 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | | | 0.00 | 15.10 | 630.45 |
| Regular Night | | | 0.00 | 46.56 | 1,935.20 |
| Weekend Evening | 53.0000 | 15.30 | 810.90 | 403.28 | 21,324.15 |
| Weekend Night | 53.0000 | 43.08 | 2,283.24 | 953.46 | 50,403.35 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | | | 0.00 | 6.75 | 450.29 |
| OVT Wknd Evng | | | 0.00 | 1.85 | 147.08 |
| OVT Wknd Ngt | | | 0.00 | 26.35 | 2,089.54 |
| Absent-No Pay | | | 0.00 | 24.00 | 0.00 |
| NursEduc | | | 0.00 | 24.18 | 914.29 |
| CHRGSHFT | 1.0000 | 20.00 | 20.00 | 416.00 | 416.00 |
| **Total:** | | **78.38** | **3,114.14** | **1,942.60** | **78,724.01** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 125.91 | 4,612.16 |
| Soc Sec Tax Withheld | 184.89 | 4,697.46 |
| Medicare Tax Withhld | 43.24 | 1,098.60 |
| Pennsylvania Tax | 91.81 | 2,332.01 |
| PA Unemployment | 1.86 | 47.23 |
| Philadelphia Tax | 120.55 | 3,051.90 |
| **Total:** | **568.26** | **15,839.36** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 2,231.35 |
| VBA | 7.18 | 165.14 |
| Delta Dental | 16.25 | 366.60 |
| Fidelity Pre Tax % | 108.99 | 2,268.89 |
| Parking - Pretax | 8.50 | 195.50 |
| **Total:** | **241.14** | **5,227.48** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 31.14 | 699.44 |
| STDPREM6 | 20.63 | 472.15 |
| AddPrem | 40.00 | 400.00 |
| WEyeWrk | 0.00 | 317.00 |
| **Total:** | **91.77** | **2,418.59** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **91.77** | **2,418.59** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,114.14 | 2,873.00 | 568.26 | 332.91 | 2,212.97 |
| YTD: | 78,724.01 | 73,496.53 | 15,839.36 | 7,646.07 | 55,238.58 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #4018786 | 2,212.97 |
| **Total:** | **2,212.97** |

Available 0.00    Available 0.00

---



To The Account(s) Of    DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA  19111-2609

Advice Date    Advice No.
11/14/2019    4018786

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| S | xx7654 | $2,212.97 |
| **Total:** | | **$2,212.97** |


**Einstein** HEALTHCARE NETWORK

| Pay Group: | Tabor Acute Care | Advice #: | 4001590 |
|---|---|---|---|
| Pay Begin Date: | 9/29/2019 | Advice Date: | 10/17/2019 |
| Pay End Date: | 10/12/2019 | | |

Morris, Danielle N.
934 Chandler St
Philadelphia, PA 19111-2609

| Employee ID: | 9457 |
|---|---|
| Department: | 30904 |
| Process Level: | 1015 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00010 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | | | 0.00 | 15.10 | 630.45 |
| Regular Night | | | 0.00 | 46.56 | 1,935.20 |
| Weekend Evening | 52.0000 | 3.75 | 195.00 | 0.00 | 0.00 |
| Weekend Evening | 53.0000 | 11.25 | 596.25 | 372.65 | 19,700.76 |
| Weekend Night | 52.0000 | 18.18 | 945.36 | 0.00 | 0.00 |
| Weekend Night | 53.0000 | 26.76 | 1,418.28 | 874.09 | 46,196.74 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | | | 0.00 | 6.75 | 450.29 |
| OVT Wknd Evng | | | 0.00 | 1.85 | 147.08 |
| OVT Wknd Ngt | | | 0.00 | 26.35 | 2,089.54 |
| Absent-No Pay | | | 0.00 | 24.00 | 0.00 |
| NursEduc | | | 0.00 | 24.18 | 914.29 |
| CHRGSHFT | | | 0.00 | 372.00 | 372.00 |
| Total: | | 59.94 | 3,154.89 | 1,788.60 | 72,850.01 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 130.63 | 4,401.36 |
| Soc Sec Tax Withheld | 187.41 | 4,349.65 |
| Medicare Tax Withhld | 43.83 | 1,017.26 |
| Pennsylvania Tax | 93.06 | 2,159.27 |
| PA Unemployment | 1.89 | 43.71 |
| Philadelphia Tax | 122.13 | 2,824.51 |
| Total: | 578.95 | 14,795.76 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 2,030.91 |
| VBA | 7.18 | 150.78 |
| Delta Dental | 16.25 | 334.10 |
| Fidelity Pre Tax % | 110.42 | 2,063.30 |
| Parking - Pretax | 8.50 | 178.50 |
| Total: | 242.57 | 4,757.59 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 31.55 | 640.70 |
| STDPREM6 | 20.63 | 430.89 |
| AddPrem | 40.00 | 320.00 |
| WEyeWrk | 0.00 | 317.00 |
| Total: | 92.18 | 2,238.59 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 92.18 | 2,238.59 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,154.89 | 2,812.32 | 578.95 | 334.75 | 2,241.19 |
| YTD: | 72,850.01 | 68,092.42 | 14,795.76 | 6,996.18 | 51,058.07 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #4001590 | 2,241.19 |
| Total: | 2,241.19 |

| Available | 0.00 | Available | 0.00 |
|---|---|---|---|


**Einstein** HEALTHCARE NETWORK

To The Account(s) Of
DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA 19111-2609

Advice Date    Advice No.
10/17/2019    4001590

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| S | xx7654 | $2,241.19 |
| Total: | | $2,241.19 |


**Einstein** HEALTHCARE NETWORK

| | | | |
|---|---|---|---|
| Pay Group: | Tabor Acute Care | Advice #: | 4010177 |
| Pay Begin Date: | 10/13/2019 | Advice Date: | 10/31/2019 |
| Pay End Date: | 10/26/2019 | | |

| | | |
|---|---|---|
| Morris, Danielle N. | Employee ID: 9457 | |
| 934 Chandler St | Department: 30904 | |
| Philadelphia, PA 19111-2609 | Process Level: 1015 | |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00010 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Evening | | | 0.00 | 15.10 | 630.45 |
| Regular Night | | | 0.00 | 46.56 | 1,935.20 |
| Weekend Evening | 53.0000 | 15.33 | 812.49 | 387.98 | 20,513.25 |
| Weekend Night | 53.0000 | 36.29 | 1,923.37 | 910.38 | 48,120.11 |
| Holiday Prem Evng | | | 0.00 | 7.50 | 120.00 |
| Holiday Prem Ngt | | | 0.00 | 17.57 | 281.12 |
| Retro Payment | | | 0.00 | 0.00 | 12.54 |
| Overtime Night | | | 0.00 | 6.75 | 450.29 |
| OVT Wknd Evng | | | 0.00 | 1.85 | 147.08 |
| OVT Wknd Ngt | | | 0.00 | 26.35 | 2,089.54 |
| Absent-No Pay | | | 0.00 | 24.00 | 0.00 |
| NursEduc | | | 0.00 | 24.18 | 914.29 |
| CHRGSHFT | 1.0000 | 24.00 | 24.00 | 396.00 | 396.00 |
| **Total:** | | **75.62** | **2,759.86** | **1,864.22** | **75,609.87** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 84.89 | 4,486.25 |
| Soc Sec Tax Withheld | 162.92 | 4,512.57 |
| Medicare Tax Withhld | 38.10 | 1,055.36 |
| Pennsylvania Tax | 80.93 | 2,240.20 |
| PA Unemployment | 1.66 | 45.37 |
| Philadelphia Tax | 106.84 | 2,931.35 |
| **Total:** | **475.34** | **15,271.10** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 100.22 | 2,131.13 |
| VBA | 7.18 | 157.96 |
| Delta Dental | 16.25 | 350.35 |
| Fidelity Pre Tax % | 96.60 | 2,159.90 |
| Parking - Pretax | 8.50 | 187.00 |
| **Total:** | **228.75** | **4,986.34** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 530.00 |
| PASNAPUD | 27.60 | 668.30 |
| STDPREM6 | 20.63 | 451.52 |
| AddPrem | 40.00 | 360.00 |
| WEyeWrk | 0.00 | 317.00 |
| **Total:** | **88.23** | **2,326.82** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **88.23** | **2,326.82** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,759.86 | 2,531.11 | 475.34 | 316.98 | 1,967.54 |
| YTD: | 75,609.87 | 70,623.53 | 15,271.10 | 7,313.16 | 53,025.61 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #4010177 | 1,967.54 |
| **Total:** | **1,967.54** |

| Available | 0.00 | Available | 0.00 | | |
|---|---|---|---|---|---|


**Einstein** HEALTHCARE NETWORK

To The Account(s) Of
DANIELLE N MORRIS
934 CHANDLER ST
PHILADELPHIA, PA  19111-2609

Advice Date    Advice No.
10/31/2019     4010177

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| S | xx7654 | $1,967.54 |
| **Total:** | | **$1,967.54** |