UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DANIELLE NICOLE MORRIS             NO. 19-16471 JKF
                                                         CHAPTER 13

ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF FORD
MOTOR CREDIT COMPANY, LLC, FOR RELIEF FROM STAY
RE: 2014 FORD ESCAPE MOTOR VEHICLE [Doc. 19]

In consideration of the Stipulation of the parties in resolution of the Motion of Ford Motor Credit Company, LLC for Relief from Stay as to a 2014 Ford Escape motor vehicle, the stipulation is hereby approved.

Dated: 12/23/19

BY THE COURT:

_____
Judge Jean K. FitzSimon

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA  19606

Georgette Miller, Esquire
Law Office of Georgette Miller, Esquire, PC
335 Evesharn Avenue
Lawnside, NJ  08045