United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16471-jkf
Danielle Nicole Morris                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Dec 23, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db            +Danielle Nicole Morris,    934 Chandler Street,    Philadelphia, PA 19111-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
          GEORGETTE MILLER    on behalf of Debtor Danielle Nicole Morris info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
          llerlaw.com
          HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
          229ecf@glpoc.comcastbiz.net
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DANIELLE NICOLE MORRIS                    NO. 19-16471 JKF
                                          CHAPTER 13

ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF FORD
MOTOR CREDIT COMPANY, LLC, FOR RELIEF FROM STAY
RE: 2014 FORD ESCAPE MOTOR VEHICLE [Doc. 19]

In consideration of the Stipulation of the parties in resolution of the Motion of

Ford Motor Credit Company, LLC for Relief from Stay as to a 2014 Ford Escape motor
                        the stipulation is
vehicle, it is hereby approved.

    Dated: 12/23/19                       BY THE COURT:

                                          _____
                                          Judge Jean K. FitzSimon      xxx

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Scott F. Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA  19606

Georgette Miller, Esquire
Law Office of Georgette Miller, Esquire, PC
335 Evesham Avenue
Lawnside, NJ  08045