UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Danielle Nicole Morris<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-16471-JKF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of April, 2020, by first class mail upon those listed below:

Danielle Nicole Morris
934 Chandler Street
Philadelphia, PA  19111

**Electronically via CM/ECF System Only:**

GEORGETTE MILLER ESQ
GEORGETTE MILLER & ASSOCIATES
335 EVESHAM AVENUE
LAWNSIDE, NJ  08045

                                                      */s/ Deborah A. Earnshaw*
                                                      Deborah A. Earnshaw
                                                      for
                                                      Scott F. Waterman, Esquire
                                                      Standing Chapter 13 Trustee