Case 19-16471-amc    Doc 48    Filed 12/19/20    Entered 12/20/20 01:00:03    Desc Imaged
Certificate of Notice    Page 1 of 3

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Danielle Nicole Morris  
    Debtor(s)

Case No. 19-16471-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2  
Date Rcvd: Dec 17, 2020     Form ID: 155     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Nicole Morris, 934 Chandler Street, Philadelphia, PA 19111-2609 |
| 14405772 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14405773 | + | Brinks Home, Po Box #815665, Dallas, TX 75381-5665 |
| 14419740 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14405774 | + | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 14405775 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14405776 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14410786 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14411352 | + | M&T Bank, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14405777 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14405779 | + | Pioneer Credit Recovery, Inc, 26 Edward Street, Arcade, NY 14009-1012 |
| 14405780 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 14405781 | | Sherloq Financial, PO BOX 2842, Tampa, FL 33601-2842 |
| 14405783 | | St Christopher's Pediatric Associates, SCHC Pedatric Associates, LLC, PO BOX 419633, Boston, MA 02241-9633 |
| 14405784 | + | The Law Offices of Frederic I Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14483868 | | Email/Text: megan.harper@phila.gov | Dec 18 2020 05:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14521345 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2020 05:03:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14442246 | | Email/Text: camanagement@mtb.com | Dec 18 2020 05:03:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14405778 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2020 05:03:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14412733 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 04:46:56 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14405782 | + | Email/PDF: clerical@simmassociates.com | Dec 18 2020 04:56:31 | SIMM Associates, INC., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14442957 | + | Email/Text: bncmail@w-legal.com | Dec 18 2020 05:03:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 7

Case 19-16471-amc    Doc 48    Filed 12/19/20    Entered 12/20/20 01:00:03    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: 155 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14519693 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Danielle Nicole Morris mlee@margolisedelstein.com jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;mcon1@margolisedelstein.com;LeeMR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company  LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Danielle Nicole Morris
      Debtor(s)

Chapter: 13

Bankruptcy No: 19−16471−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 16th day of December, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                          Ashely M. Chan
                          Judge ,
                          United States Bankruptcy Court

46 − 39
Form 155