| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-16471-AMC**

Danielle Nicole Morris  
934 Chandler Street  
Philadelphia  PA    19111

Petition Filed Date: 10/15/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $350.00 | | 01/31/2020 | $350.00 | | 02/27/2020 | $350.00 | |
| 03/31/2020 | $350.00 | | 05/07/2020 | $352.99 | | 06/11/2020 | $350.00 | |
| 07/06/2020 | $352.99 | | 08/14/2020 | $350.00 | | 09/17/2020 | $350.00 | |
| 10/08/2020 | $300.00 | | 11/23/2020 | $300.00 | | 12/04/2020 | $300.00 | |
| 01/07/2021 | $300.00 | | 02/04/2021 | $300.00 | | 03/31/2021 | $300.00 | |
| 04/08/2021 | $300.00 | | 05/26/2021 | $300.00 | | | | |

**Total Receipts for the Period:  $5,555.98    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,905.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Danielle Nicole Morris | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC »» 001 | Unsecured Creditors | $828.55 | $0.00 | $828.55 |
| 2 | FORD MOTOR CREDIT COMPANY »» 002 | Secured Creditors | $344.27 | $0.00 | $344.27 |
| 3 | M&T BANK »» 003 | Mortgage Arrears | $5,583.93 | $0.00 | $5,583.93 |
| 4 | SYNCHRONY BANK »» 004 | Unsecured Creditors | $3,759.62 | $0.00 | $3,759.62 |
| 5 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $348.58 | $0.00 | $348.58 |
| 6 | UNITED STATES TREASURY (IRS) »» 06P | Priority Crediors | $4,623.30 | $0.00 | $4,623.30 |
| 7 | UNITED STATES TREASURY (IRS) »» 06U | Unsecured Creditors | $1,092.02 | $0.00 | $1,092.02 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $5,860.00 | $5,131.13 | $728.87 |

**Chapter 13 Case No. 19-16471-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,905.98 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $5,131.13 | Arrearages: | ($50.98) |
| Paid to Trustee: | $504.85 | Total Plan Base: | $18,155.00 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.