| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-16471-AMC**

| | |
|---|---|
| Danielle Nicole Morris | Petition Filed Date: 10/15/2019 |
| 934 Chandler Street | 341 Hearing Date: 12/13/2019 |
| Philadelphia  PA    19111 | Confirmation Date: 12/16/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2023 | $600.00 | | 09/19/2023 | $300.00 | | 10/06/2023 | $300.00 | |
| 01/02/2024 | $600.00 | | 02/02/2024 | $300.00 | | 02/27/2024 | $300.00 | |
| 05/20/2024 | $600.00 | | 07/01/2024 | $300.00 | | 07/12/2024 | $300.00 | |

**Total Receipts for the Period: $3,600.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $17,005.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Danielle Nicole Morris | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC »» 001 | Unsecured Creditors | $828.55 | $0.00 | $828.55 |
| 2 | FORD MOTOR CREDIT COMPANY »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | M&T BANK »» 003 | Mortgage Arrears | $5,583.93 | $4,740.90 | $843.03 |
| 4 | SYNCHRONY BANK »» 004 | Unsecured Creditors | $3,759.62 | $0.00 | $3,759.62 |
| 5 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $348.58 | $295.95 | $52.63 |
| 6 | UNITED STATES TREASURY (IRS) »» 06P | Priority Crediors | $4,623.30 | $4,623.30 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 06U | Unsecured Creditors | $1,092.02 | $0.00 | $1,092.02 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $5,860.00 | $5,860.00 | $0.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16471-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,005.98 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $15,520.15 | Arrearages: | $549.02 |
| Paid to Trustee: | $1,485.83 | Total Plan Base: | $18,155.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.