United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16471-amc |
| Danielle Nicole Morris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 02, 2025 | Form ID: 206 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Nicole Morris, 934 Chandler Street, Philadelphia, PA 19111-2609 |
| 14405775 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14411352 | + | M&T Bank, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14405783 | | St Christopher's Pediatric Associates, SCHC Pedatric Associates, LLC, PO BOX 419633, Boston, MA 02241-9633 |
| 14405784 | + | The Law Offices of Frederic I Weinberg, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jun 03 2025 01:00:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, Abilene, TX 79602, UNITED STATES 79602-1196 |
| 14405772 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2025 00:59:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14405773 | + | Email/Text: bankruptcy@brinkshome.com | Jun 03 2025 00:59:00 | Brinks Home, Po Box #815665, Dallas, TX 75381-5665 |
| 14483868 | | Email/Text: megan.harper@phila.gov | Jun 03 2025 01:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14419740 | | Email/Text: EBNBKNOT@ford.com | Jun 03 2025 01:00:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14405774 | + | Email/Text: EBNBKNOT@ford.com | Jun 03 2025 01:00:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 14521345 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2025 00:59:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14405776 | + | Email/Text: camanagement@mtb.com | Jun 03 2025 01:00:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14442246 | | Email/Text: camanagement@mtb.com | Jun 03 2025 01:00:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14410786 | ^ | MEBN | Jun 03 2025 00:40:37 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14405777 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2025 01:00:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14405778 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2025 01:00:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14405779 | + | Email/Text: litigation_team@navient.com | Jun 03 2025 00:59:00 | Pioneer Credit Recovery, Inc, 26 Edward Street, Arcade, NY 14009 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: 206 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14412733 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:03:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14405781 | | Email/Text: compliance@sherloqsolutions.com | Jun 03 2025 00:59:00 | Sherloq Financial, PO BOX 2842, Tampa, FL 33601-2842 |
| 14405782 | + | Email/PDF: clerical@simmassociates.com | Jun 03 2025 01:19:34 | SIMM Associates, INC., 800 Pencader Drive, Newark, DE 19702-3354 |
| 14442957 | + | Email/Text: bncmail@w-legal.com | Jun 03 2025 01:00:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14405780 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 03 2025 01:00:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80921 |
| 14519693 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company  LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| MICHELLE LEE | on behalf of Debtor Danielle Nicole Morris bky@dilworthlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Danielle Nicole Morris                                          Case No: 19−16471−amc

    Debtor(s)

_____

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file certification of completion of instructional course concerning personal financial management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

 

For The Court

Dated: 6/2/25

Timothy B. McGrath
Clerk of Court

72
Form 206